| | |
|---|---|
| 1 | GARY R. GLEASON (SB# 136167) |
| 2 | MARGARET A. BURTON (SB#193386)<br>FARBSTEIN & BLACKMAN |
| 3 | A Professional Corporation<br>1820 Gateway Drive, Suite 320 |
| 4 | San Mateo, California 94404-4024 |
| 5 | Telephone: (650) 554-6200<br>Facsimile: (650) 554-6240 |
| 6 | |
| 7 | DORIAN DALEY (SB#129049)<br>JOHN WADSWORTH (SB#166838) |
| 8 | ORACLE CORPORATION<br>500 Oracle Parkway |
| 9 | Redwood City, CA 94065 |
| 10 | Telephone: (650) 506-5200<br>Facsimile: (650) 506-7114 |
| 11 | Attorneys for Plaintiffs |
| 12 | ORACLE USA, INC., and<br>ORACLE INTERNATIONAL CORPORATION |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation, and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>TRINSIC COMMUNICATIONS, INC. a Delaware corporation (formerly known as Z-Tel Technologies, Inc., a Delaware corporation), and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. C 06-04858 EDL<br><br>**ORDER ON**<br>^**PLAINTIFFS' REQUEST FOR FURTHER CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE** |

Plaintiffs submit to the court that the parties have reached a settlement in this matter and that the appropriate paperwork is out for signature to effectuate it. However,

1

PLAINTIFFS' REQUEST FOR FURTHER
CONTINUANCE OF INITIAL CASE
MANAGEMENT CONFERENCE

there has been a change in management at Trinsic (Defendant) which has delayed the finalizing of the settlement. Plaintiffs anticipate that they will be filing a dismissal after the settlement is consummated within the next 30 to 45 days.

Therefore, Plaintiffs request a continuance of the initial Case Management Conference in this matter from Tuesday, January 16, 2007, to Tuesday, February 27, 2007, or until a day that the court deems appropriate.

DATED: January 12, 2007

FARBSTEIN & BLACKMAN
A Professional Corporation

By_____
Gary R. Gleason
Attorneys for Plaintiffs
ORACLE USA, INC. and
ORACLE INTERNATIONAL
CORPORATION

## ORDER

For good cause shown, the Initial Case Management Conference is continued to February 27, 2007 at 10 a.m. in Courtroom E.

IT IS SO ORDERED.

Date: January 12, 2007

*IT IS SO ORDERED*
*Judge Elizabeth D. Laporte*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

2

PLAINTIFFS' REQUEST FOR FURTHER CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE