IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE USA INC., | No. C-06-04858 EDL |
| Plaintiff, | **ORDER STAYING CASE** |
| v. | |
| TRINSIC COMMUNICATIONS, INC., | |
| Defendant. | |

On February 25, 2008, Plaintiffs filed a Notice of Bankruptcy Filing by Defendant Trinsic Communications, Inc. Therefore, this action is stayed. See 11 U.S.C. § 362. This case is set for a status conference on May 27, 2008 at 10:00 a.m. A status conference statement shall be filed no later than May 20, 2008.

**IT IS SO ORDERED.**

Dated: February 28, 2008

ELIZABETH D. LAPORTE
United States Magistrate Judge